IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDRE DUHREAL FLAGG-EL, | ) | |
| AIS 310705, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CV-262-RAH-CSC |
| | ) | |
| THE HOUSTON CO. SHER. DEPT. | ) | |
| AND JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on November 2, 2022. (Doc. 13.)  There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 28th day of November, 2022.

　　　　　　　　　　　　　　　　　　 /s/ R. Austin Huffaker, Jr.
　　　　　　　　　　　　　　　　R. AUSTIN HUFFAKER, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE